UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHRAB BAHRIKYAN,<br><br>            Plaintiff,<br><br>     v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>            Defendant. | No.  2:22-cv-00894-MCE-DB<br><br>**ORDER** |

Good cause having been shown through the parties' Joint Stipulation to Extend Fact Discovery Cut-off and Expert Witness Disclosure Deadlines, ECF No. 14, the Court hereby modifies its Initial Pretrial Scheduling Order as follows:

   1.  Fact Discovery Deadline:  August 28, 2023

   2.  Expert Disclosure Deadline:  October 27, 2023

   3.  Supplemental Expert Disclosure Deadline:  November 30, 2023

   IT IS SO ORDERED.

Dated:  June 28, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE