# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **ZOHRAB BAHRIKYAN,** |  |
| v. | CASE NO: **2:22−CV−00894−MCE−DB** |
| **TRANSAMERICA LIFE INSURANCE COMPANY,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/25/24**

                                                    **Keith Holland**
                                                    Clerk of Court

ENTERED: **June 25, 2024**

                                             by: /s/ V. Licea Chavez
                                                             Deputy Clerk